ROBERT SUDARTH, Plaintiff in Error, *v.* THOMPSON COX, AD-
MINISTRATOR, Defendant in Error.

*Practice.*—Judgment affirmed, transcript not showing the papers by which the
suit was begun.

*Error to Lincoln Circuit Court.*

*Porter & Porter,* for plaintiff in error.

*Mc Gee,* for defendant in error.

BATES, Judge, delivered the opinion of the court.

This case comes from the Circuit Court of Lincoln county,
to which it was carried by appeal from a justice of the peace.

In the Circuit Court the cause was dismissed upon a mo-
tion of the defendant, which set out the following reasons:

1. Because the justice had no jurisdiction to hear and
determine said cause, he being limited to the amount of fifty
dollars for the value of the property.

2. Because this court has no jurisdiction of this cause.

3. Because the affidavit filed by the plaintiff is insufficient
to sustain the action.

The transcript of the record filed in this court does not
show the petition and affidavit by which the suit was begun
before the justice. We are, therefore, unable to know
whether or not the Circuit Court erred in dismissing the
cause. We cannot, therefore, reverse the judgment.

Judgment affirmed. Judges Bay and Dryden concur.